Gary J. Gorham (SBN 171061)
ggorham@lglaw.la
Eric Ashton Puritsky (SBN 239577)
epuritsky@lglaw.la
LEADER GORHAM LLP
1990 South Bundy Drive, Suite 390
Los Angeles, California 90025
Telephone:  (310) 696-3300
Telecopy:   (310) 696-3305

Attorney for Plaintiff Rockman
Enterprises Inc., d/b/a Rockman Entertainment

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROCKMAN ENTERPRISES INC., a California Corporation d/b/a Rockman Entertainment,<br><br>Plaintiff,<br><br>vs.<br><br>SYNFUL MEDIA LLC, d/b/a SynfulContent.com and SynfulDollars.net; TYRONE BORDEN, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 08-05932 DSF (JWJx)<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**<br><br>[Code Civ. Proc. §§673 and 681.020; Civ. Code §954.5] |

1. On April 21, 2009, a judgment was entered in the above-captioned matter in favor of ROCKMAN ENTERPRISES, INC., d/b/a Rockman Entertainment ("ROCKMAN") and against defendant SYNFUL MEDIA LLC, d/b/a SynfulContent.com and SynfulDollars.net ("SYNFUL") in the amount of $340,200.00, plus costs and interest. [Docket No. 33.]

2. The name and address of the judgment creditor is:

ROCKMAN ENTERPRISES INC.

8939 South Sepulveda Boulevard, #110-775

Los Angeles, CA 90045

3. The name and last known address of the judgment debtor is:

SYNFUL MEDIA LLC

6433 Topanga Canyon Boulevard, Ste 612

Woodland Hills, CA 91367

4. The judgment creditor acknowledges that it assigned its right, title and interest in the judgment to Leader Gorham LLP, 1990 S. Bundy Drive, Suite 390, Los Angeles, CA 90025.

DATED: DECEMBER 15, 2009

ROCKMAN ENTERPRISES INC.

By _____
BERNARD SUAREZ
Its: President

## Acknowledgment

State of California ) ss.:
County of Los Angeles )

On DEC 15, 2009 before me, MASOUD MINARAVESH, NOTARY PUBLIC personally appeared BERNARD SUAREZ, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

MASOUD MINARAVESH
Commission # 1794242
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2012

(Seal)

---

3

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 390, Los Angeles, California 90025.

On December 16, 2009, I served a true copy the following document described as **ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGEMENT** in accordance with the *Federal Rules of Civil Procedure* on the interested parties in this action by serving:

SYNFUL MEDIA LLC
6433 Topanga Canyon Boulevard, Suite 612
Woodland Hills, Ca 91367

☐ **By Personal Service:** I delivered the foregoing document(s) in a sealed envelope by hand to the offices of the above addressee(s).

☐ **By E-Mail:** By transmitting a true copy of the foregoing document(s) to the e-mail address(es) set forth above.

☒ **By Mail:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ **By FedEx:** I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 16, 2009 at Los Angeles, California.

*/s/ Marie Lara*
Marie Lara

INSERT DOCUMENT TITLE HERE