Name & Address:
Gary J. Gorham (SBN 171061)
Eric Ashton Puritsky (SBN 239577)
LEADER GORHAM LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Telephone: (310) 696-3300; Facsimile: (310) 696-3305

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMAN ENTERPRISES INC., a California Corporation d/b/a/ Rockman Entertainment,<br>PLAINTIFF(S)<br>v.<br>SYNFUL MEDIA LLC dba SynfulContent.com and SynfullDollars.net; TYONE BORDEN, an individual; and DOES 1 through 10,   DEFENDANT(S). | CASE NUMBER:<br>CV-08-05932 DSF (JWJx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND WRIT OF EXECUTION.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Per Local Rules 3-2, 5-1 and 64-1

| | |
|---|---|
| January 12, 2010 | Gary J. Gorham |
| Date | Attorney Name |
| | Plaintiff, ROCKMAN ENTERPRISES INC. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 390, Los Angeles, California 90025.

On January 12, 2010, I served ☐ the original ☒ a true copy the following document described as **NOTICE OF MANUAL FILING** in accordance with the *Federal Rules of Civil Procedure* on the interested parties in this action by serving:

**SYNFUL MEDIA LLC**
**6433 Topanga Canyon Blvd., Suite 612**
**Woodland Hills, CA 91367**

☐ **By Personal Service:** I delivered the foregoing document(s) in a sealed

☒ **By Mail:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ **By FedEx:** I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 12, 2010 at Los Angeles, California.

*/s/ Marie Lara*
Marie Lara