```
Gary J. Gorham (SBN 171061)
ggorham@lglaw.la
Eric Ashton Puritsky (SBN 239577)
epuritsky@lglaw.la
Leader Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone: (310) 696-3300
Facsimile: (310) 696-3305
```

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMAN ENTERPRISES INC., a California Corporation d/b/a Rockman Entertainment<br>Plaintiff(s)<br>v.<br>SYNFUL MEDIA LLC dba SynfulContent.com and SynfulDollars.net; TYRONE BORDEN, an individual;and DOES 1 through 10,<br>Defendant(s) | CASE NUMBER:<br>CV- 08-05932 DSF (JWJx)<br><br>WRIT OF EXECUTION |

TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On <u>April 22, 2009</u> a judgment was entered in the above-entitled action in favor of:

```
Plaintiff Rockman Enterprises Inc. d/b/a Rockman Entertainment, a
California Corporation
Assigned to Leader Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
```

as Judgment Creditor and against:

```
Synful Media LLC d/b/a SynfulContent.com and SynfulDollars.net, a
California Corporation
6433 Topanga Canyon Boulevard, Suite 612
Woodland Hills, CA 91367
```

as Judgment Debtor, for:

**FOR OFFICE USE ONLY**

$ _____340,200.00_____ Principal,
$ _____0.00_____ Attorney Fees,
$ _____0.00_____ Interest **, and
$ _____0.00_____ Costs, making a total amount of
$ _____340,200.00_____ **JUDGMENT AS ENTERED**

**\*\*NOTE:**   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** CENTRAL **District of** CALIFORNIA , to wit:

$ _____1,363.60_____ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ _____1,363.60_____ **ACCRUED COSTS AND ACCRUED INTEREST**

~~Credit must be given for payments and partial satisfaction in the amount of $ 0.00           which is~~ to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ ____341,563.60____ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ ____340,200.00____ Is due on the judgment as entered and bears interest at .55% percent per annum, in the amount of $ 5.13 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: MAR 1 6 2010        By: _____LOPEZ_____
                                       Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Synful Media LLC and
SynfulDollars.net
6433 Topanga Canyon Boulevard,
Suite 612
Woodland Hills, CA 91367
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

WRIT OF EXECUTION

CV-23 (6/01)                                                                                                        PAGE 3 OF 3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1990 South Bundy Drive, Suite 390, Los Angeles, California 90025.

On March 12, 2010, I served ☐ the original ☒ a true copy the following document described as **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND WRIT OF EXECUTION** in accordance with the *Federal Rules of Civil Procedure* on the interested parties in this action by serving:

**SYNFUL MEDIA LLC**
**6433 Topanga Canyon Blvd., Suite 612**
**Woodland Hills, CA  91367**

☐   **By Personal Service:** I delivered the foregoing document(s) in a sealed

☒   **By Mail:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐   **By FedEx:** I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 12, 2010 at Los Angeles, California.

_____
Marie Lara